1 Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
2 First Library Square
1114 Fremont Avenue
3 South Pasadena, CA 91030-3227

4 Tel:  626-799-9797
Fax: 626-799-9795
5 TPRLAW@att.net

6
Attorneys for Plaintiff
7 Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

8
UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA

10

| INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA, | CASE NO. 2:23-cv-02056-TJH-KSx |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS AIDAS JOSEPH MATTIS, EDITA LIPAS MATTIS, TONY EDWARD ROMANO, AND LAPE IR SUO, INC.  [20]  [JS-6] |
| vs. | |
| AIDAS JOSEPH MATTIS, EDITA LIPAS MATTIS, and DOUGLAS MARTIN MILTON, individually and d/b/a THE FOX AND HOUNDS; AND LAPE IR SUO, INC., an unknown business entity d/b/a THE FOX AND HOUNDS, et, al., | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between Plaintiff INNOVATIVE

SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA and

Defendants AIDAS JOSEPH MATTIS, EDITA LIPAS MATTIS, TONY EDWARD

ROMANO, and LAPE IR SUO, INC.,

ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 2:23-cv-02056-TJH-KS
PAGE 1

that the above-entitled action is hereby dismissed **with prejudice** against AIDAS JOSEPH MATTIS, EDITA LIPAS MATTIS, TONY EDWARD ROMANO, individually and d/b/a THE FOX AND HOUNDS and LAPE IR SUO, INC., an unknown business entity d/b/a THE FOX AND HOUNDS and in its entirety.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____  Dated: JULY 6, 2023
**The Honorable Terry J. Hatter, Jr.
United States District Judge
Central District of California**

///

///

///

///

///

///

ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 2:23-cv-02056-TJH-KS
PAGE 2

# PROOF OF SERVICE

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 5, 2023, I caused to serve the following document entitled:

**[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS AIDAS JOSEPH MATTIS, EDITA LIPAS MATTIS, TONY EDWARD ROMANO, AND LAPE IR SUO, INC.**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Mr. John D. Fowler, Esquire<br>**KIBLER FOWLER AND CAVE LLP**<br>11100 Santa Monica Blvd., Suite 360<br>Los Angeles, CA 90025 | (Attorneys for Defendants Aidas Joseph Mattis, Edita Lipas Mattis, Tony Edward Romano, and Lape Ir Suo, Inc.) |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 5, 2023, at South Pasadena, California.

Dated: July 5, 2023            */s/Leticia Estrada*
                              **LETICIA ESTRADA**

ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 2:23-cv-02056-TJH-KS
PAGE 3